593-06/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
PIGASOS NAVIGATION CO. LTD.,

                Plaintiff,

- against -

FAR EAST INTERNATIONAL PETROLEUM
COMPANY LLC a/k/a FEIPCO,

                Defendant.
---------------------------------------------------------------x



Judge Berman

07 CV 197

**RULE 7.1 STATEMENT**

    Plaintiff PIGASOS NAVIGATION CO. LTD. by and through its undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that no corporate parent or publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         January 10, 2007

                           FREEHILL HOGAN & MAHAR, LLP
                           Attorneys for Plaintiff
                           PIGASOS NAVIGATION CO. LTD.
        By: _____
                           Gina M. Venezia (GV 1551)
                           Pamela L. Schultz (PS 0335)
                           80 Pine Street
                           New York, NY 10005
                           (212) 425-1900
                           (212) 425-1901 fax

NYDOCS1/274631.1