

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI'
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*▵
WILLIAM J. PALLAS*
GINA M. VENEZIA ▵
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ▵
DANIEL J. FITZGERALD▵
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
' ALSO ADMITTED IN CONNECTICUT
▵ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

RECE... JAN 26 2007 CH. RICH...

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/07

January 26, 2007

Our Ref: 503-06/GMV

**Request for Expedited Consideration**

*Application granted if garnishee bank(s) consent, as Citibank has done.*

SO ORDERED
Date: 1/29/07    Richard M. Berman
Richard M. Berman, U.S.D.J.

**BY HAND**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:    Pigasos Navigation Co. Ltd. v. Far East International Petroleum
Company LLC a/k/a FEIPCO, 07-197 (RMB)

Dear Judge Berman:

We represent the Plaintiff Pigasos in the captioned action. We write further to our letter of January 12, 2007, in which we requested that the Court allow us to serve the garnishee banks with a coy of the order of attachment by email and/or fax following initial personal service. For the Court's consideration, we are attaching to this letter a copy of an email which we received from Citibank, one of the garnishee banks, requesting that we serve them via email rather than continue to serve them personally each day. Because of Citibank's request, we respectfully ask the Court to consider this application on an expedited basis.

By way of background, we filed the instant action on January 11, 2007, which involved an attachment under Supplemental Admiralty Rule B. The order of attachment was issued on January 11. The proposed order which we submitted to the Court with our application contained language which would have authorized subsequent service of the attachment order by telefax or email, following initial personal service on the garnishee banks. This language at page 2 of the

January 26, 2007
Page 2

order was stricken by Your Honor (see attached copy). We thus served the banks initially via personal service and have continued to do so on a daily basis.

As demonstrated in the attached email from Citibank, the banks prefer to receive subsequent service by electronic means or facsimile because it obviates the need for them to physically accept service. Accordingly, to help ease the time/cost burden of the banks having staff constantly available to accept daily re-service in person, many of the banks (such as Citibank) have requested that we re-serve them daily with maritime attachment orders by email (which is preferred) or fax.

We therefore seek permission allowing Plaintiff to make subsequent services of the attachment order by electronic means (*i.e.* telefax or email) on **any** garnishee bank that is amenable to same. In the alternative, we ask permission to serve Citibank in this matter via email, pursuant to Citibank's request.

We thank Your Honor for considering this request and we look forward to Your Honor's response.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Gina M. Venezia

GMV:lu
enc.