LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°
DANIEL J. FITZGERALD*†△
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

April 20, 2007

OUR REF: 593-06/GMV/PLS

**BY HAND**
The Honorable Richard M. Berman
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re: Pigasos Navigation Co. Ltd. v. Far East International Petroleum Company LLC a/k/a FEIPCO – 07 CV 197 (RMB)



MEMO ENDORSED

Application Granted.

SO ORDERED:
Date: 4/23/07  Richard M. Berman
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We represent the plaintiff in the captioned matter and write to request an additional 45 days to serve the Defendant with a copy of the Summons and Verified Complaint. This is our first request for such relief.

By way of background, Plaintiff initiated this action on January 10, 2007 seeking security for its maritime claims via an attachment of the Defendant's property in this District pursuant to Rule B. The requested Rule B attachment was granted, and the attachment order was served on various New York banks. Despite continued efforts to restrain funds of the defendant, we have not been successful in restraining any assets of the Defendant, but efforts to do so are continuing. If we were to notify our adversaries of these proceedings now, before any property is restrained, it would defeat the purpose for which the attachment was sought and this Court's Order issued.

We therefore respectfully request that we be granted an extension of time to serve our adversaries with the Complaint for a period of 45 days, up to and including, June 25, 2007. We note that Local Admiralty Rule B.2 recognizes the importance of keeping Rule B actions *ex parte* until property is actually restrained, and provides that notice of the attachment is not required to be given to the Defendant until after its property has been restrained.

We thank the Court for its attention to this matter.

NYDOCS1/281827.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/07

April 20, 2007
Page 2

                    Very truly yours,

                    FREEHILL HOGAN & MAHAR, LLP

                    Pamela L. Schultz

NYDOCS1/281827.1

                FREEHILL, HOGAN & MAHAR LLP