12/20/07 THU 11:46 [TX/RX NO 8014]

593-06/GMV/PLS

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PIGASOS NAVIGATION CO. LTD.,

                Plaintiff,

- against -

FAR EAST INTERNATIONAL PETROLEUM
COMPANY LLC a/k/a FEIPCO,

                Defendant.

------------------------------------------------------------x

07 CV 197 (RMB)

**RULE 41(a) NOTICE OF**
**VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1), Plaintiff PIGASOS NAVIGATION CO. LTD., through its attorneys Freehill Hogan & Mahar, LLP, hereby dismisses the above action without prejudice and represents that the Defendant has not filed an Answer or Motion for Summary Judgment.

DATE:    New York, New York
           December 20, 2007

THE CLERK TO CLOSE THIS CASE.

SO ORDERED:
RMBerman
U.S.D.J. 12/20/07

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

BY: _____
Gina M. Venezia
80 Pine Street
New York, New York 10005
(212) 425-1900

NYDOCS1/295893.1